UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WALTER TYRREL SHATFORD IV, ) | Case No. CV 15-1767 BRO (AJW) |
| Plaintiff, ) | |
| v. ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| LOS ANGELES COUNTY SHERIFF'S ) DEP'T, et al., ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: April 19, 2016

_____
BEVERLY REID O'CONNELL
United States District Judge